AO 442

# United States District Court
for the
District of Utah

FILED
2021 MAY 7 PM 3:49
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

**Landon Kenneth Copeland**

Case No: 4:21-mj-00030 PK

FILED US District Court-UT
MAY 17 '21 AM 10:07

 ORIGINAL

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   **LANDON KENNETH COPELAND**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information
☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition
☒ Supervised Release Violation Petition

This offense is briefly described as follows: Alleged Pretrial Released Violation

in violation of _____ United States Code.

Paul Kohler
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

May 7, 2021 at Salt Lake City, Utah
Date and Location

By: J. Hawley
Case Administrator

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7 May 21 | Vaughters DUSM | [signature] |
| DATE OF ARREST | | |
| 7 May 21 | | |